Frank Trapp, appellant, v. Roman Kestian and Malgorzata Kestian, appellees. Gen. No. 35,766.

Heard in the second division of this court for the first district at the February term, 1932. Opinion filed November 22, 1932.

Michael G. Kasper, for appellant. W. G. Anderson, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Pearl Dorrs, appellee, v. Evening American Publishing Company et al., defendants. Evening American Publishing Company, appellant. Gen. No. 36,030.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Edward G. Woods, for appellant; Donald L. Vetter, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Grover H. Jacobs, appellee, v. Fred Spandau, appellant. Gen. No. 36,040.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932. Rehearing denied December 3, 1932.

Gerald G. Barry, for appellant. Edward R. Finnegan, for appellee; George F. Ort, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

National Bond & Investment Company, appellant, v. Mandel A. Cohen, appellee. Gen. No. 36,074.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

John W. Creekmur and D. E. Hoopingarner, for appellant. Cohen, Tomas & Cohen, for appellee; Irwin H. Goldman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.